UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

JOEY DOMINGUEZ,                           CASE NO.: 6:16-bk-05271-KSJ
                                          Chapter 13
_____Debtor(s)._____/

**APPLICATION FOR ORDER AUTHORIZING
EMPLOYMENT OF SPECIAL COUNSEL**

COMES NOW the Debtor, JOEY DOMINGUEZ, by and through the undersigned attorney, and respectfully requests the authority to employ an attorney, and in support thereof states:

1. The professional service the Debtor requires is representation during an ongoing modification of the dissolution of marriage filed by Debtor's former wife.

2. The Debtor wishes to employ the law offices of Amy E. Goodblatt, PA, (hereinafter "Law Firm") and has chosen this Law Firm for the reason that they are well qualified in the matters of this character and are well qualified to perform the work required of them in this case.

3. After reviewing the facts and issues in this case, the Debtor has concluded that the assistance of an attorney is necessary.

4. The Law Firm has agreed to seek compensation at the standard hourly rates. The Law Firm's standard hourly rates are as follows:

| | |
|---|---|
| Shareholder | $350.00 per hour |
| Associate | $250.00 per hour |
| Paralegal | $150.00 per hour |

5. No future compensation shall be paid to the Law Firm without the United States Bankruptcy Court approval except from funds Debtor's counsel received prior to the Bankruptcy

Page 1 of 3

that were disclosed in Debtor's Schedules and from the funds allocated on Schedule J of Debtor's Schedules.

6.  To the best of Debtor's knowledge, the Law Firm has no connection with the Debtor, creditors or any other party in interest, their respective attorneys, the United States Trustee, or any person in the office of the United States Trustee, except that the Law Firm serves as the attorney for the Debtor in this case.

WHEREFORE, the Debtor requests the entry of an Order granting authorization to employ the Law Firm.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above Application to Employ Attorney and Declaration of Proposed Attorney has been furnished electronically or by U.S. Mail this 12th day of August, 2016, to:

Trustee: Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32790-3450; and
U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801.

Amy E. Goodblatt, Esquire
Florida Bar No.: 850160
Amy E. Goodblatt, P.A.
831 Irma Avenue
Orlando, Florida 32803
Telephone:    407-228-7007
Facsimile:    407-244-0057
E-Mail: amy@agoodblatt.com
Attorney for Debtor

## DECLARATION OF PROPOSED ATTORNEY

I, Amy E. Goodblatt, of the law firm of Amy E. Goodblatt, PA, proposed attorney for the Debtor in the above matter, declare under penalties of perjury pursuant to the provisions 28 U.S.C. Section 1746 that the following states are true and correct:

1. I am rendering services, subject to the Court's appointment for the Debtor in said cause, and I have not and will not in any guise or form agree to share my compensation for such services with any person.

2. I have no connection with the Debtor, creditors or any other party in interest, their respective attorneys, the United States Trustee, except to the extent that the undersigned is the Debtor's attorney in this case.

3. I am a member of the law firm of Amy E. Goodblatt, PA. I am authorized to practice law in the State of Florida.

Executed on this 12th day of August, 2016,

Amy E. Goodblatt, Esquire
Florida Bar No.: 850160
Amy E. Goodblatt, P.A.
831 Irma Avenue
Orlando, Florida 32803
Telephone:   407-228-7007
Facsimile:    407-244-0057
E-Mail: amy@agoodblatt.com
Attorney for Debtor