UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

JOEY DOMINGUEZ,    CASE NO.: 6:16-bk-05271-KSJ
                   Chapter 13

    Debtor(s).
_____/

**RESPONSE TO MOTION OF TRUDY NANETTE
DOMINGUEZ FOR RELIEF FROM STAY (DOC. NO. 13)**

COMES NOW the Debtor, JOEY DOMINGUZ, by and through the undersigned counsel, and files this Response to Motion of Trudy Nanette Dominguez for Relief from the Automatic Stay (Doc. No. 13) and states that the Debtor does not object to the entry of an Order granting relief from the automatic stay as requested in the said Motion.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been furnished electronically or by U.S. Mail on this 14th day of September, 2016, to the following:

Creditor:  Trudy Nanette Dominguez, c/o Michael A. Nardella, Esquire, Nardella & Nardella, PLLC, 250 E. Colonial Drive, Suite 102, Orlando, FL  32801;
Trustee:  Laurie K. Weatherford, PO Box 3450, Winter Park, FL  32790; and
United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL  32801.

_____
Amy E. Goodblatt, Esquire
Florida Bar No.: 850160
Amy E. Goodblatt, P.A.
1040 Woodcock Road, Suite 251
Orlando, FL  32803
Telephone:   (407) 228-7007
Facsimile:   (407) 244-0057
E-Mail:      amy@agoodblatt.com
Attorney for Debtor