ORDERED.

Dated: October 21, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

JOEY DOMINGUEZ,          CASE NO.: 6:16-bk-05271-KSJ
                         Chapter 13
_____Debtor._____/

**ORDER APPROVING DEBTOR'S
APPLICATION TO EMPLOY ATTORNEY (DOC. NO. 9)**

THIS CASE came before the Court at a preliminary hearing on October 18, 2016, on Debtor's Application for Order Authorizing Employment of Special Counsel (Doc. No. 9), and the Court having considered the application, and finding that the proposed professionals are qualified to assist the Debtor, and represents no interest adverse to the Debtor or to the estate in the matters upon which the professionals are to be engaged, and that this employment is necessary and in the best interest of the estate, accordingly it is:

**ORDERED**:

1. The Debtor, in accordance with 11 U.S.C. Section 327 of the Bankruptcy Code, is authorized to employ the law offices of Amy E. Goodblatt, P.A., as attorneys for the Debtor and the bankrupt estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application in accordance with 11 U.S.C. Section 330.

2. The employment of the law offices of Amy E. Goodblatt, P.A., by the Debtor to act for the Debtor's bankrupt estate is authorized. Counsel may be compensation for services from the funds her firm has in trust and up to $750.00 per month from the Debtor as per Schedule J until the litigation is concluded.

Attorney Amy E. Goodblatt is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the Order.