UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

JOEY DOMINGUEZ,                           CASE NO.: 6:16-bk-05271-KSJ
                                          Chapter 13
    Debtor.
_____/

## CHAPTER 13 AMENDED PLAN

CHECK ONE:

_____ Debtor[1] certified that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

__√__ The Amended Plan contains provisions that are specific to this Amended Plan in paragraph 9. Nonconforming Provisions. Any nonconforming provisions not set forth in paragraph 9 is deemed stricken.

1. **MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of 60 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the Plan and may cause an increased distribution to the unsecured class of creditors.

    (A)   $2,350.00 for months 1 through 60

2. **ADMINISTRATIVE ATTORNEY'S FEES.**

Base Fee $5,500.00          Total Paid Prepetition $2,500.00          Balance Due $3,000.00

Estimated Additional Fees Subject to Court Approval $ - 0 -

Attorney's Fees Payable through Plan $3,000.00 (subject to adjustment) plus monitoring fee of $50.00 after confirmation.

3. **PRIORITY CLAIM (as defined in 11 U.S.C. § 507).**

| Last 4 Digits of Acct. No. | Creditor | Total Claim |
|---|---|---|
| 6099 | Internal Revenue Services | $17,583.68 |

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

4.     **TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5.     **SECURED CLAIM.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

   **(A)     Claims Secured by Real Property Which Debtor Intends to Retain/Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Reg. Mon. Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
| 6148 | Citimortgage | 302 N. Sweetwater Blvd Longwood, FL 32779 | $981.85 | $981.85 | $993.21 |
| 1859 | Ditech | 302 N. Sweetwater Blvd Longwood, FL 32779 | $369.17 | $369.17 | $369.17 |

   **(B)     Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Payment Amount |
|---|---|---|---|
| None | | | |

   **(C)     Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES:** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Payment | Interest @ ___% |
|---|---|---|---|---|---|
| None | | | | | |

**(D) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| Last 4 Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Payment | Interest @ ___% |
|---|---|---|---|---|---|
| None | | | | | |

**(E) Claims Secured by Personal Property - Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Last 4 Digits of Acct. No. | Creditor | Collateral Description/ Address | Regular Payment | Arrearages |
|---|---|---|---|---|
| 7436 | Bank of America | 2014 Dodge Avenger | $238.02 | $ - 0 - |

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan most provide for the assumption of lease claim that Debtor proposed to pay direct in the Lease/Executory Contract Section 6 below.)

| Last 4 Digits of Acct. No. | Creditor | Property/Collateral |
|---|---|---|
| None | | |

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Last 4 Digits of Acct. No. | Creditor | Collateral Description/Address |
|---|---|---|
| None | | |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated in rem as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claim in the Lease/Executory Contract section below.

| Last 4 Digits of Acct. No. | Creditor | Property/Collateral to be Surrendered |
|---|---|---|
| None | | |

6. **LEASES/EXECUTORY CONTRACTS.**

| Last 4 Digits of Acct. No. | Creditor | Property | Assume/ Reject-Surrender | Est. Arrearages |
|---|---|---|---|---|
| None | | | | |

7. **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $1,625.00.

8. **ADDITIONAL PROVISIONS:**

   (A) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

   (B) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

   (C) Property of the estate (check one)*

   (1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

   (2) \_\_\_√\_\_\_ shall vest in Debtor upon confirmation of the Plan.

   *If Debtor fails to check (a) or (b) above, or if Debtor checks both (a) and (b), property of the estatement shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

   (D) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof s of claim. An allowed proof of claim will control, unless the Court orders otherwise.

   (E) The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which the Order Confirming Plan shall control.

(F) Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect). For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spent no tax refunds without prior court approval.**

9. **NONCONFORMING PROVISIONS:**

See attached spreadsheet for payments to administrative/priority/secured creditors

_____          12/13/16
JOEY DOMINGUEZ                                Date

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Chapter 13 Amended Plan was furnished electronically or by U.S. Mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 14th day of December, 2016.

_____
Amy E. Goodblatt, Esquire
Florida Bar No.: 850160
Amy E. Goodblatt, P.A.
1040 Woodcock Road, Suite 251
Orlando, Florida 32803
Telephone:   407-228-7007
Facsimile:   407-244-0057
E-Mail: amy@agoodblatt.com
Attorney for Debtor

| filing date | | 8/9/2016 | | | | Atty Fees | Monitoring | CitiMtg | CitiMtg | CitiMtg | Ditech | Ditech | Ditech |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1st pmt date | | 9/8/2016 | | | 10.0% | | Fees | 1st mtg | arrearages | gap pmts | 2d mtg | arrearages | gap pmt |
| | | Unsecured | | Debtor Pmt | Tee Fee | $3,000.00 | | | $993.21 | $981.85 | | $369.17 | $369.17 |
| plan term | 60 | | 60 | | | | | | | | | | |
| 9/8/2016 | 1 | $30.94 | | $2,350.00 | $235.00 | $200.00 | | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 10/8/2016 | 2 | $30.94 | | $2,350.00 | $235.00 | $200.00 | | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 11/8/2016 | 3 | $30.94 | | $2,350.00 | $235.00 | $200.00 | | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 12/8/2016 | 4 | $30.94 | | $2,350.00 | $235.00 | $200.00 | | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 1/8/2017 | 5 | $30.94 | | $2,350.00 | $235.00 | $200.00 | | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 2/8/2017 | 6 | $80.94 | | $2,350.00 | $235.00 | $50.00 | | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 3/8/2017 | 7 | $80.94 | | $2,350.00 | $235.00 | $50.00 | | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 4/8/2017 | 8 | $80.94 | | $2,350.00 | $235.00 | $50.00 | | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 5/8/2017 | 9 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 6/8/2017 | 10 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 7/8/2017 | 11 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 8/8/2017 | 12 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 9/8/2017 | 13 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 10/8/2017 | 14 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 11/8/2017 | 15 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 12/8/2017 | 16 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 1/8/2018 | 17 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 2/8/2018 | 18 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 3/8/2018 | 19 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 4/8/2018 | 20 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 5/8/2018 | 21 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 6/8/2018 | 22 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 7/8/2018 | 23 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 8/8/2018 | 24 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 9/8/2018 | 25 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 10/8/2018 | 26 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 11/8/2018 | 27 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 12/8/2018 | 28 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 1/8/2019 | 29 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 2/8/2019 | 30 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 3/8/2019 | 31 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 4/8/2019 | 32 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 5/8/2019 | 33 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 6/8/2019 | 34 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 7/8/2019 | 35 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 8/8/2019 | 36 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 9/8/2019 | 37 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 10/8/2019 | 38 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 11/8/2019 | 39 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 12/8/2019 | 40 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 1/8/2020 | 41 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 2/8/2020 | 42 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 3/8/2020 | 43 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 4/8/2020 | 44 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 5/8/2020 | 45 | $30.94 | | $2,350.00 | $235.00 | $50.00 | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 6/8/2020 | 46 | $80.94 | | $2,350.00 | $235.00 | | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 7/8/2020 | 47 | $80.94 | | $2,350.00 | $235.00 | | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 8/8/2020 | 48 | $80.94 | | $2,350.00 | $235.00 | | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 9/8/2020 | 49 | $80.94 | | $2,350.00 | $235.00 | | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 10/8/2020 | 50 | $80.84 | | $2,350.00 | $235.00 | | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 11/8/2020 | 51 | $318.96 | | $2,350.00 | $235.00 | | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 12/8/2020 | 52 | $435.28 | | $2,350.00 | $235.00 | | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 1/8/2021 | 53 | $668.96 | | $2,350.00 | $235.00 | | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 2/8/2021 | 54 | $668.96 | | $2,350.00 | $235.00 | | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 3/8/2021 | 55 | $668.96 | | $2,350.00 | $235.00 | | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 4/8/2021 | 56 | $668.96 | | $2,350.00 | $235.00 | | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 5/8/2021 | 57 | $668.96 | | $2,350.00 | $235.00 | | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 6/8/2021 | 58 | $668.96 | | $2,350.00 | $235.00 | | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 7/8/2021 | 59 | $668.96 | | $2,350.00 | $235.00 | | $50.00 | $981.85 | $16.36 | $16.36 | $369.17 | $6.15 | $6.15 |
| 8/8/2021 | 60 | $656.76 | 60 at | $2,350.00 | $235.00 | | $50.00 | $981.85 | $27.97 | $16.61 | $369.17 | $6.32 | $6.32 |
| receiving | | $8,040.62 | | $141,000.00 | ######## | $3,000.00 | $2,600.00 | $58,911.00 | $993.21 | $981.85 | $22,150.20 | $369.17 | $369.17 |
| total unsec. | | $93,359.89 | | | | | | | | | | | |
| | | 9% | | | | | | POC #6 | | | POC #9 | | |
| | | | | Dominguez, Joey | | | | | | | | | |

| filing date | | BofA | IRS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1st pmt date | | car pmt | | | | | | | | | |
| | | 11,266.57 | $17,583.68 | | | | | | | FINAL | |
| plan term | 60 | | | | | | | | | | |
| 9/8/2016 | 1 | $238.02 | $250.00 | | | | | | | | |
| 10/8/2016 | 2 | $238.02 | $250.00 | | | | | | | | |
| 11/8/2016 | 3 | $238.02 | $250.00 | | | | | | | | |
| 12/8/2016 | 4 | $238.02 | $250.00 | | | | | | | | |
| 1/8/2017 | 5 | $238.02 | $250.00 | | | | | | | | |
| 2/8/2017 | 6 | $238.02 | $350.00 | | | | | | | | |
| 3/8/2017 | 7 | $238.02 | $350.00 | | | | | | | | |
| 4/8/2017 | 8 | $238.02 | $350.00 | | | | | | | | |
| 5/8/2017 | 9 | $238.02 | $350.00 | | | | | | | | |
| 6/8/2017 | 10 | $238.02 | $350.00 | | | | | | | | |
| 7/8/2017 | 11 | $238.02 | $350.00 | | | | | | | | |
| 8/8/2017 | 12 | $238.02 | $350.00 | | | | | | | | |
| 9/8/2017 | 13 | $238.02 | $350.00 | | | | | | | | |
| 10/8/2017 | 14 | $238.02 | $350.00 | | | | | | | | |
| 11/8/2017 | 15 | $238.02 | $350.00 | | | | | | | | |
| 12/8/2017 | 16 | $238.02 | $350.00 | | | | | | | | |
| 1/8/2018 | 17 | $238.02 | $350.00 | | | | | | | | |
| 2/8/2018 | 18 | $238.02 | $350.00 | | | | | | | | |
| 3/8/2018 | 19 | $238.02 | $350.00 | | | | | | | | |
| 4/8/2018 | 20 | $238.02 | $350.00 | | | | | | | | |
| 5/8/2018 | 21 | $238.02 | $350.00 | | | | | | | | |
| 6/8/2018 | 22 | $238.02 | $350.00 | | | | | | | | |
| 7/8/2018 | 23 | $238.02 | $350.00 | | | | | | | | |
| 8/8/2018 | 24 | $238.02 | $350.00 | | | | | | | | |
| 9/8/2018 | 25 | $238.02 | $350.00 | | | | | | | | |
| 10/8/2018 | 26 | $238.02 | $350.00 | | | | | | | | |
| 11/8/2018 | 27 | $238.02 | $350.00 | | | | | | | | |
| 12/8/2018 | 28 | $238.02 | $350.00 | | | | | | | | |
| 1/8/2019 | 29 | $238.02 | $350.00 | | | | | | | | |
| 2/8/2019 | 30 | $238.02 | $350.00 | | | | | | | | |
| 3/8/2019 | 31 | $238.02 | $350.00 | | | | | | | | |
| 4/8/2019 | 32 | $238.02 | $350.00 | | | | | | | | |
| 5/8/2019 | 33 | $238.02 | $350.00 | | | | | | | | |
| 6/8/2019 | 34 | $238.02 | $350.00 | | | | | | | | |
| 7/8/2019 | 35 | $238.02 | $350.00 | | | | | | | | |
| 8/8/2019 | 36 | $238.02 | $350.00 | | | | | | | | |
| 9/8/2019 | 37 | $238.02 | $350.00 | | | | | | | | |
| 10/8/2019 | 38 | $238.02 | $350.00 | | | | | | | | |
| 11/8/2019 | 39 | $238.02 | $350.00 | | | | | | | | |
| 12/8/2019 | 40 | $238.02 | $350.00 | | | | | | | | |
| 1/8/2020 | 41 | $238.02 | $350.00 | | | | | | | | |
| 2/8/2020 | 42 | $238.02 | $350.00 | | | | | | | | |
| 3/8/2020 | 43 | $238.02 | $350.00 | | | | | | | | |
| 4/8/2020 | 44 | $238.02 | $350.00 | | | | | | | | |
| 5/8/2020 | 45 | $238.02 | $350.00 | | | | | | | | |
| 6/8/2020 | 46 | $238.02 | $350.00 | | | | | | | | |
| 7/8/2020 | 47 | $238.02 | $350.00 | | | | | | | | |
| 8/8/2020 | 48 | $238.02 | $350.00 | | | | | | | | |
| 9/8/2020 | 49 | $238.02 | $350.00 | | | | | | | | |
| 10/8/2020 | 50 | $238.12 | $350.00 | | | | | | | | |
| 11/8/2020 | 51 | | $350.00 | | | | | | | | |
| 12/8/2020 | 52 | | $233.68 | | | | | | | | |
| 1/8/2021 | 53 | | | | | | | | | | |
| 2/8/2021 | 54 | | | | | | | | | | |
| 3/8/2021 | 55 | | | | | | | | | | |
| 4/8/2021 | 56 | | | | | | | | | | |
| 5/8/2021 | 57 | | | | | | | | | | |
| 6/8/2021 | 58 | | | | | | | | | | |
| 7/8/2021 | 59 | | | | | | | | | | |
| 8/8/2021 | 60 | | | | | | | | | | |
| receiving | | $11,901.10 | $17,583.68 | | | | | | | | |
| total unsec. | | | | | | | | | | | |
| | | POC #4 | POC #3 | | | | | | | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:16-bk-05271-KSJ<br>Middle District of Florida<br>Orlando<br>Tue Dec 13 09:33:25 EST 2016 | Joey Dominguez<br>302 North Sweetwater Blvd<br>Longwood, FL 32779-2517 | Trudy Nanette Dominguez<br>Nardella & Nardella, PLLC<br>250 E. Colonial Drive, Suite 102<br>Orlando, FL 32801-1231 |
| CitiMortgage, Inc. -<br>P.O. Box 688971<br>Des Moines, IA 50368-8971 | ARS National Services Inc<br>P.O. Box 469100<br>Escondido, CA 92046-9100 | Advanced Collection Bur<br>1535 Cogswell St., Ste B8<br>Rockledge, FL 32955-2739 |
| Balanced Healthcare Receiv.<br>164 Burke Street, Suite 201<br>Nashua, NH 03060-4783 | Bank Of America, N.A. -<br>PO BOX 31785<br>Tampa, FL 33631-3785 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America, N.A. -<br>P O Box 982284<br>El Paso, TX 79998-2284 | Bank of America, N.A. -<br>c/o Ditech Financial LLC<br>PO Box 6154<br>Rapid City, SD 57709-6154 | Cardiovascular Surgeons, PA<br>217 Hillcrest Street<br>Orlando, FL 32801-1289 |
| Central Florida Hospitalists<br>PO Box 2168<br>Apopka, FL 32704-2168 | Chase Bank<br>PO Box 15298<br>Wilmington, DE 19886-5298 | Christopher Sprysenski, Esq<br>1057 Maitland Center Commons<br>Suite 102<br>Maitland, FL 32751-7433 |
| Citibank<br>P.O. Box 469100<br>Escondido, CA 92046-9100 | Citimortgage, Inc<br>P.O. Box 78015<br>Phoenix, AZ 85062-8015 | Discover Bank -<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Ditech<br>P.O. Box 660934<br>Dallas, TX 75266-0934 | FMA Alliance LTD<br>12339 Cutten Road<br>Houston, TX 77066-1807 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Hospital Medical Ctr<br>Patient Financial Services<br>PO Box 538880<br>Orlando, FL 32853-8800 | IC System<br>PO Box 64437<br>St Paul, MN 55164-0437 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Nanette Dominguez<br>200 Buttonwood Court<br>Longwood, FL 32779-3304 |
| Orange City Surgery Center<br>PO Box 638166<br>Cincinnati, OH 45263-8166 | Orlando Heart Specialist<br>450 W. Central Pkwy #2000<br>Altamonte Springs, FL 32714-2438 | Quest Diagnostics<br>PO Box 740781<br>Cincinnati, OH 45274-0781 |

Radiology Specialists of FL
PO Box 864552
Orlando, FL 32886-4552

Seminole County Tax Collector
Attn: Ray Valdes
Post Office Box 630
Sanford FL 32772-0630

Western Alliance Bank
PO Box 742628
Cincinnati, OH 45274-2628

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

Amy E Goodblatt +
Amy E Goodblatt PA
1040 Woodcock Road, Suite 251
Orlando, FL 32803-3510

United States Trustee - ORL7/13 7 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Michael A Nardella +
Nardella & Nardella, PLLC
250 East Colonial Drive, Ste 102
Orlando, FL 32801-1231


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank of America
PO Box 982235
El Paso, TX 79998-2235

Discover Financial Services
PO Box 15316
Wilmington, DE 19850-5316


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Amy Goodblatt

(u)Karen S. Jennemann
Orlando

(d)Internal Revenue Service -
Post Office Box 7346
Philadelphia PA 19101-7346


(u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the name have filed a claim in this case

End of Label Matrix
Mailable recipients    36
Bypassed recipients     4
Total                  40